# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JASON D McSWAIN,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) CIVIL ACTION NO. 1:24-00219-N<br>) |
| MARTIN O'MALLEY,<br>*Commissioner of Social Security*,<br>    Defendant. | )<br>)<br>)<br>) |

## JUDGMENT

It is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Plaintiff Jason D McSwain and against the Defendant Commissioner of Social Security, in accordance with the Order entered on this date reversing the Commissioner's final decision denying McSwain's application for Social Security benefits and remanding for further proceedings under sentence four of 42 U.S.C. § 405(g).

**DONE** this the **29th** day of **October 2024**.

> */s/ Katherine P. Nelson*
> **KATHERINE P. NELSON**
> **UNITED STATES MAGISTRATE JUDGE**